BURSOR & FISHER, P.A.
Scott A. Bursor (State Bar No. 276006)
369 Lexington Avenue, 10th Floor
New York, NY 10017
Telephone: (212) 989-9113
Facsimile: (212) 989-9163
E-Mail: scott@bursor.com

BURSOR & FISHER, P.A.
L. Timothy Fisher (State Bar No. 191626)
Sarah N. Westcot (State Bar No. 264916)
2121 North California Blvd., Suite 1010
Walnut Creek, CA 94596
Telephone: (925) 482-1515
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
        westcot@bursor.com

Attorneys for Petitioners

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH L. SCHROEDER and ASTRID MENDOZA,<br><br>    Petitioners,<br><br>    v.<br><br>AT&T MOBILITY LLC,<br><br>    Respondent. | Case No. 3:11-cv-04412-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR REPLY BRIEF IN SUPPORT OF PETITION TO COMPEL ARBITRATION** |

1    WHEREAS, on September 6, 2011, Petitioners Deborah L. Schroeder and Astrid
2 Mendoza commenced this action by filing a Petition to Enforce Arbitration Agreements (Dkt.
3 No. 1) with Respondent AT&T Mobility LLC ("ATTM");

4    WHEREAS, on September 8, 2011, the Court related this action to *AT&T Mobility LLC
5 v. Bernardi*, No. 3:11-cv-03992-CRB (N.D. Cal.) (Dkt. No. 6);

6    WHEREAS, on September 21, 2011, ATTM filed its Opposition to the Petition to
7 Compel Arbitration (Dkt. No. 14);

8    WHEREAS, under the current schedule, Petitioners' reply brief in support of their
9 Petition is due today, September 28, 2011, and is scheduled to be heard on October 21, 2011;

10   WHEREAS, the parties stipulate that the Petitioners' deadline to file their reply brief in
11 support of their Petition shall be extended until October 4, 2011;

12   WHEREAS, in the related *Bernardi* action, the parties will be filing a stipulation to
13 extend the deadline for the parties' reply briefs in support of ATTM's motion for a preliminary
14 injunction and the defendants' motion to compel arbitration from September 30, 2011 until
15 October 4, 2011;

16   **THEREFORE, IT IS HEREBY STIPULATED** between ATTM and Defendants that,
17 with the Court's permission, Petitioners' deadline to file their reply brief in support of their
18 Petition shall be extended until October 4, 2011.

19   **IT IS SO STIPULATED.**

20 **September 28, 2011**

21 **BURSOR & FISHER P.A.**                      **MAYER BROWN LLP**

22 By: /s/ Scott A. Bursor                      By: /s/ Donald M. Falk
       Scott A. Bursor (SBN 276006)                 Donald M. Falk (SBN 150256)
23

24 369 Lexington Avenue, 10th Floor             Two Palo Alto Square, Suite 300
   New York, NY 10017                           3000 El Camino Real
25 Telephone: (212) 989-9113                    Palo Alto, California 94306-2112
   Facsimile: (212) 989-9163                    Telephone: (650) 331-2000
26 Email: scott@bursor.com                      Facsimile: (650) 331-2060
          jmarchese@bursor.com                  Email: dfalk@mayerbrown.com
27

28

| | |
|---|---|
| L. Timothy Fisher<br>Sarah N. Westcot<br>BURSOR & FISHER, P.A.<br>2121 North California Blvd., Suite 1010<br>Walnut Creek, CA 94596<br>Telephone: (925) 482-1515<br>Facsimile: (925) 407-2700<br>E-Mail: ltfisher@bursor.com<br>    swestcot@bursor.com<br><br>*Attorneys for Petitioners Deborah L. Schroeder and Astrid Mendoza* | Andrew J. Pincus (application for *pro hac vice* forthcoming)<br>Evan M. Tager (application for *pro hac vice* forthcoming)<br>Archis A. Parasharami (application for *pro hac vice* forthcoming)<br>Kevin Ranlett (application for *pro hac vice* forthcoming)<br>MAYER BROWN LLP<br>1999 K Street NW Washington, DC 20006<br>Telephone: (202) 263-3000<br>Facsimile: (202) 263-3300<br>Email: apincus@mayerbrown.com<br>    etager@mayerbrown.com<br>    aparasharami@mayerbrown.com<br>    kranlett@mayerbrown.com<br><br>*Attorneys for Respondent AT&T Mobility LLC* |

*Filer's Attestation:* Pursuant to General Order No. 45, Section X(B), Scott Bursor hereby attests that the signatories' concurrence in the filing of this document has been obtained.

### [~~PROPOSED~~] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated:  __October 4__  __, 2011

_____
Honorable Charles R. Breyer

*IT IS SO ORDERED — Judge Charles R. Breyer (United States District Court, Northern District of California seal)*

- 2 -

STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:11-CV-04412-CRB