DONALD M. FALK (SBN 150256)
  dfalk@mayerbrown.com
JOHN M. NEUKOM (SBN 275887)
  jneukom@mayerbrown.com
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA  94306-2112
Telephone: (650) 331-2000
Facsimile:  (650) 331-2060

Attorneys for Defendant AT&T Mobility LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH L. SCHROEDER and ASTRID MENDOZA,<br><br>          Plaintiffs,<br><br>     v.<br><br>AT&T MOBILITY LLC,<br><br>          Defendant. | Case No. 3:11-cv-04412-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

1   WHEREAS, on September 6, 2011, Plaintiffs Deborah L. Schroeder and Astrid Mendoza
2   commenced this action against Defendant AT&T Mobility LLC ("ATTM") by filing a petition to
3   compel arbitration (Dkt. No. 1);

4   WHEREAS, on September 8, 2011, the Court related this action to *AT&T Mobility LLC
5   v. Bernardi*, No. 3:11-cv-03392-CRB (N.D. Cal.) (Dkt. No. 6);

6   WHEREAS, in the *Bernardi* action, this Court had entered an order scheduling a case
7   management conference on December 2, 2011 and directing the parties to submit a joint case
8   management statement at least seven days beforehand (*Bernardi*, Dkt. No. 8);

9   WHEREAS, on September 13, 2011, the Court entered an order in *Schroeder* scheduling
10  a case management conference for the same time on December 2, 2011 as the conference in
11  *Bernardi* (*Schroeder*, Dkt. No. 10);

12  WHEREAS, on October 26, 2011, the Court granted ATTM's motion for a preliminary
13  injunction and denied the *Bernardi* defendants' motion to compel arbitration and the *Schroeder*
14  plaintiffs' motion for a preliminary injunction and petition to compel arbitration (*Bernardi*, Dkt.
15  No. 86; *Schroeder*, Dkt. No. 29);

16  WHEREAS, on November 9, 2011, the *Bernardi* defendants filed their Answer, which
17  asserted two counterclaims against ATTM (*Bernardi*, Dkt. No. 87);

18  WHEREAS, ATTM's response to the counterclaims in *Bernardi* is due on December 5,
19  2011, and ATTM intends to notice any motion responding to those counterclaims for a hearing
20  on January 13, 2012;

21  WHEREAS, the parties stipulate that it would be more efficient to combine the case
22  management conferences in *Bernardi* and *Schroeder* with the hearing on any motion responding
23  to the counterclaims in *Bernardi*;

24  **THEREFORE, IT IS HEREBY STIPULATED** between ATTM and the defendants in
25  *Bernardi* and the plaintiffs in *Schroeder* that, with the Court's permission, the case management
26  conferences in *Bernardi* and *Schroeder* shall be continued until January 13, 2012 and combined
27  with the hearing on any motion responding to the counterclaims in *Bernardi*.

28

**IT IS SO STIPULATED.**

**November 23, 2011**

| **BURSOR & FISHER P.A.** | **MAYER BROWN LLP** |
|---|---|
| By: /s/ Scott A. Bursor<br>　　　Scott A. Bursor (SBN 276006) | By: /s/ Kevin Ranlett<br>　　　Kevin Ranlett (*pro hac vice*) |
| 369 Lexington Avenue, 10th Floor<br>New York, NY 10017<br>Telephone: (212) 989-9113<br>Facsimile: (212) 989-9163<br>Email: scott@bursor.com<br>　　　jmarchese@bursor.com | Donald M. Falk (SBN 150256)<br>John M. Neukom (SBN 275887)<br>Two Palo Alto Square, Suite 300<br>3000 El Camino Real<br>Palo Alto, California 94306-2112<br>Telephone: (650) 331-2000<br>Facsimile: (650) 331-2060<br>Email: dfalk@mayerbrown.com<br>　　　jneukom@mayerbrown.com |
| L. Timothy Fisher<br>Sarah N. Westcot<br>BURSOR & FISHER, P.A.<br>2121 North California Blvd., Suite 1010<br>Walnut Creek, CA 94596<br>Telephone: (925) 482-1515<br>Facsimile: (925) 407-2700<br>E-Mail: ltfisher@bursor.com<br>　　　swestcot@bursor.com | Andrew J. Pincus (*pro hac vice*)<br>Evan M. Tager (*pro hac vice*)<br>Archis A. Parasharami (*pro hac vice*)<br>Kevin Ranlett (*pro hac vice*)<br>MAYER BROWN LLP<br>1999 K Street NW Washington, DC 20006<br>Telephone: (202) 263-3000<br>Facsimile: (202) 263-3300<br>Email: apincus@mayerbrown.com<br>　　　etager@mayerbrown.com<br>　　　aparasharami@mayerbrown.com<br>　　　kranlett@mayerbrown.com |
| *Attorneys for Defendants Leslie Bernardi and Laura Barrett in No. 3:11-cv-03992-CRB and for Plaintiffs Deborah Schroeder and Astrid Mendoza in No. 3:11-cv-04412-CRB* | *Attorneys for Plaintiff AT&T Mobility LLC in No. 3:11-cv-03992-CRB and Defendant AT&T Mobility LLC in No. 3:11-cv-04412-CRB* |

　　　*Filer's Attestation:  Pursuant to General Order No. 45, Section X(B), Kevin Ranlett hereby attests that the signatories' concurrence in the filing of this document has been obtained.*

1  [~~PROPOSED~~] **ORDER**

2  **PURSUANT TO STIPULATION, IT IS SO ORDERED**.

4  Dated:  __November__  28, 2011



Honorable Charles R. Breyer

IT IS SO ORDERED
Judge Charles R. Breyer

- 3 -

STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:11-CV-04412-CRB