1  DONALD M. FALK (SBN 150256)
     dfalk@mayerbrown.com
2  JOHN M. NEUKOM (SBN 275887)
     jneukom@mayerbrown.com
3  MAYER BROWN LLP
   Two Palo Alto Square, Suite 300
4  3000 El Camino Real
   Palo Alto, CA  94306-2112
5  Telephone:  (650) 331-2000
   Facsimile:   (650) 331-2060
6
   Attorneys for Defendant AT&T Mobility LLC
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DEBORAH L. SCHROEDER and ASTRID MENDOZA,<br><br>           Plaintiffs,<br><br>     v.<br><br>AT&T MOBILITY LLC,<br><br>           Defendant. | Case No. 3:11-cv-04412-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

1    WHEREAS, on September 6, 2011, Plaintiffs Deborah L. Schroeder and Astrid Mendoza
2 commenced this action against Defendant AT&T Mobility LLC ("ATTM") by filing a petition to
3 compel arbitration (Dkt. No. 1);

4    WHEREAS, on September 8, 2011, the Court related this action to *AT&T Mobility LLC*
5 *v. Bernardi*, No. 3:11-cv-03392-CRB (N.D. Cal.) (Dkt. No. 6);

6    WHEREAS, in the *Bernardi* action, this Court had entered an order scheduling a case
7 management conference on December 2, 2011 and directing the parties to submit a joint case
8 management statement at least seven days beforehand (*Bernardi*, Dkt. No. 8);

9    WHEREAS, on September 13, 2011, the Court entered an order in *Schroeder* scheduling
10 a case management conference for the same time on December 2, 2011 as the conference in
11 *Bernardi* (*Schroeder*, Dkt. No. 10);

12    WHEREAS, on October 26, 2011, the Court granted ATTM's motion for a preliminary
13 injunction and denied the *Bernardi* defendants' motion to compel arbitration and the *Schroeder*
14 plaintiffs' motion for a preliminary injunction and petition to compel arbitration (*Bernardi*, Dkt.
15 No. 86; *Schroeder*, Dkt. No. 29);

16    WHEREAS, on November 9, 2011, the *Bernardi* defendants filed their Answer, which
17 asserted two counterclaims against ATTM (*Bernardi*, Dkt. No. 87);

18    WHEREAS, ATTM's response to the counterclaims in *Bernardi* is due on December 5,
19 2011, and ATTM intends to notice any motion responding to those counterclaims for a hearing
20 on January 13, 2012;

21    WHEREAS, the parties stipulate that it would be more efficient to combine the case
22 management conferences in *Bernardi* and *Schroeder* with the hearing on any motion responding
23 to the counterclaims in *Bernardi*;

24    **THEREFORE, IT IS HEREBY STIPULATED** between ATTM and the defendants in
25 *Bernardi* and the plaintiffs in *Schroeder* that, with the Court's permission, the case management
26 conferences in *Bernardi* and *Schroeder* shall be continued until January 13, 2012 and combined
27 with the hearing on any motion responding to the counterclaims in *Bernardi*.

28

STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:11-CV-04412-CRB

**IT IS SO STIPULATED.**

**November 23, 2011**

| | |
|---|---|
| **BURSOR & FISHER P.A.** | **MAYER BROWN LLP** |
| By: /s/ Scott A. Bursor<br>    Scott A. Bursor (SBN 276006) | By: /s/ Kevin Ranlett<br>    Kevin Ranlett (*pro hac vice*) |
| 369 Lexington Avenue, 10th Floor<br>New York, NY 10017<br>Telephone: (212) 989-9113<br>Facsimile: (212) 989-9163<br>Email: scott@bursor.com<br>    jmarchese@bursor.com | Donald M. Falk (SBN 150256)<br>John M. Neukom (SBN 275887)<br>Two Palo Alto Square, Suite 300<br>3000 El Camino Real<br>Palo Alto, California 94306-2112<br>Telephone: (650) 331-2000<br>Facsimile: (650) 331-2060<br>Email: dfalk@mayerbrown.com<br>    jneukom@mayerbrown.com |
| L. Timothy Fisher<br>Sarah N. Westcot<br>BURSOR & FISHER, P.A.<br>2121 North California Blvd., Suite 1010<br>Walnut Creek, CA 94596<br>Telephone: (925) 482-1515<br>Facsimile: (925) 407-2700<br>E-Mail: ltfisher@bursor.com<br>    swestcot@bursor.com | Andrew J. Pincus (*pro hac vice*)<br>Evan M. Tager (*pro hac vice*)<br>Archis A. Parasharami (*pro hac vice*)<br>Kevin Ranlett (*pro hac vice*)<br>MAYER BROWN LLP<br>1999 K Street NW Washington, DC 20006<br>Telephone: (202) 263-3000<br>Facsimile: (202) 263-3300<br>Email: apincus@mayerbrown.com<br>    etager@mayerbrown.com<br>    aparasharami@mayerbrown.com<br>    kranlett@mayerbrown.com |
| *Attorneys for Defendants Leslie Bernardi and Laura Barrett in No. 3:11-cv-03992-CRB and for Plaintiffs Deborah Schroeder and Astrid Mendoza in No. 3:11-cv-04412-CRB* | *Attorneys for Plaintiff AT&T Mobility LLC in No. 3:11-cv-03992-CRB and Defendant AT&T Mobility LLC in No. 3:11-cv-04412-CRB* |

*Filer's Attestation:* Pursuant to General Order No. 45, Section X(B), Kevin Ranlett hereby attests that the signatories' concurrence in the filing of this document has been obtained.

**[~~PROPOSED~~] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: ___November___ 28, 2011



Honorable Charles R. Breyer

IT IS SO ORDERED
Judge Charles R. Breyer