DONALD M. FALK (SBN 150256)
  dfalk@mayerbrown.com
JOHN M. NEUKOM (SBN 275887)
  jneukom@mayerbrown.com
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA  94306-2112
Telephone: (650) 331-2000
Facsimile:  (650) 331-2060

Attorneys for Respondent AT&T Mobility LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH L. SCHROEDER and ASTRID MENDOZA,<br><br>        Petitioners,<br><br>    v.<br><br>AT&T MOBILITY LLC,<br><br>        Respondent. | Case No. 3:11-cv-04412-CRB<br><br>~~PROPOSED~~ ORDER |

Pursuant to stipulation, it is ORDERED THAT this action is dismissed without prejudice.

Date: January 6, 2012



Honorable Charles R. Breyer
United States District Judge